

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*    973-645-2700
*Newark, New Jersey 07102*

2024R00838

January 26, 2026

The Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

    Re:    *United States v. Jonathan Arce et al.*, Crim. No. 25-132

Dear Judge Farbiarz:

    Insofar as Jonathan Arce's and Joel Hernandez's motions challenge the legality of the current leadership structure of the United States Attorney's Office for the District of New Jersey, *see* ECF 286, 287, this Court properly deemed them subject to Chief Judge Chagares's Designation Order in *United States v. Naviwala*, 24-CR-99.  Insofar as those motions seek to dismiss the Superseding Indictment because Ms. Habba was not lawfully appointed at the time it was returned, although that issue may not fall within the scope of the Designation Order, a substantially similar motion was transferred pursuant to the Designation Order in *United States v. Torres*, ECF 94, 24-CR-378 (D.N.J.). Accordingly, the United States does not object to the transfer order at ECF 286.

                          Respectfully submitted,

                          TODD BLANCHE
                          U.S. Deputy Attorney General

                          PHILIP LAMPARELLO
                          Senior Counsel

                          Eli Jacobs
                          Assistant United States Attorney