**William Strazza**, Esq.

WRITER'S EMAIL:   ws@lowspc.com
WRITER'S MOBILE: 973-668-6344

The Law Office of
William Strazza, LLC
COUNSELLOR AT LAW

1 Mill Ridge Lane, Suite 106, Chester, NJ 07930
T: 908-955-0734 ♦ F: 908-800-0575

*Direct All Mail to*:
95 W. Main Street, Suite 5-260, Chester, NJ 07930

February 16, 2026

**Via ECF**
The Hon. Michael E. Farbiarz, USDJ
United States District Court
  for the District of New Jersey

      Re:    **United States v. Lopez, et al.**
              Case No.: 2:25-cr-00132-MEF

Your Honor,

      I represent Joel Hernandez. I am writing concerning the Frye hearing scheduled for February 23, 2026. For all the reasons stated in my prior correspondence, on behalf of my client, I object to the hearing and reassert the view the Frye hearing, and all proceedings should be stayed.

      That said, I appreciate that absent either Your Honor reconsidering, or a successful appeal of the order denying the stay, my client and I are presently ordered to attend and participate, and, of course, we will. Therefore, while reserving all rights, I must respectfully ask for a different date than February 23rd. I finished jury selection last Thursday in a case in State Court (State v. Justin Brown, Judge Arre, Essex County), we open tomorrow, and it is my expectation we will still be sitting on February 23, 2026. For that reason, I ask that the hearing be moved to later in the week and would ask for February 26th or 27th.

      Respectfully submitted,

      /s *William Strazza*

      William Strazza, Esq.

*LAW OFFICE OF WILLIAM STRAZZA, LLC*
The Hon. Michael E. Farbiarz, USDJ
United States v. Lopez, et al.
February 9, 2026
Page 2

___

Cc:    All counsel of record (via ECF and email)