# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:25-CR-00132 |
| v. | | (Chief Judge Brann)[*] |
| JONATHAN ARCE, and JOEL HERNANDEZ, | | |
| Defendants. | | |

## ORDER

### MARCH 24, 2026

Yesterday, March 23, 2026, the Judges of the United States District Court for the District of New Jersey appointed Robert Frazer as United States Attorney for the District of New Jersey.[1] Considering these new circumstances, **IT IS HEREBY ORDERED** that the parties shall confer and submit an updated joint status report addressing whether any issues in the pending motion remain unresolved in light of Mr. Frazer's appointment by no later than Monday, March 30, 2026.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[*]    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]    *In re Appointment of United States Attorney for the District of New Jersey*, Order No. 2026-03 (D.N.J. Mar. 23, 2026) (citing 28 U.S.C. § 546(d)).